UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM R. BURKETT, JR., | ) |
| Plaintiff, | ) Case No. CV05-1856-RSM |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) ORDER OF REMAND |
| Defendant. | ) |

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support of and opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 19 day of September 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE