UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM R. BURKETT, JR., )
                                      ) Case No. 05-1856-RSM
    Plaintiff, )
                                      )
    v. )
                                      )
MICHAEL J. ASTRUE, Commissioner ) ORDER DENYING PLAINTIFF'S
of Social Security Administration, ) MOTION TO COMPEL
                                      )
    Defendant. )
_____ )

The Court, having reviewed plaintiff's motion, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's Motion to Compel (Dkt. No. 32) is DENIED as MOOT, and this case remains CLOSED.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 14th day of September, 2007.

                                                                RICARDO S. MARTINEZ
                                                                UNITED STATES DISTRICT JUDGE